IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02575-WYD-KLM

KRISTIN MCINTOSH,

    Plaintiff,

v.

1575 BOULDER STREET, LLC, a Colorado limited liability company doing business as Lola, and
RESURRECTION PROPERTIES, LLC, a Colorado limited liability company,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Appear by Telephone at the Scheduling Conference** [Docket No. 21; Filed January 16, 2013] (the "Motion").  Plaintiff's counsel asserts that Defendants' counsel does not oppose the request.

    IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Plaintiff may appear by telephone at the Scheduling Conference on January 22, 2013 at 10:30 a.m. by dialing the Court at **303-335-2770**.  If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and counsel for Plaintiff before dialing the Court.

    Dated:  January 17, 2013