IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02575-WYD-KLM

KRISTIN MCINTOSH,

    Plaintiff,

v.

1575 BOULDER STREET, LLC, a Colorado limited liability company, d/b/a LOLA, and RESURRECTION PROPERTIES, LLC, a Colorado limited liability company,

    Defendants.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

    THIS MATTER is before the Court on the parties' Stipulated Motion For Dismissal With Prejudice [ECF No. 41], filed on August 16, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Stipulated Motion For Dismissal With Prejudice [ECF No. 41] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

    DATED:  August 21, 2013.

                                     BY THE COURT:

                                     /s/ Wiley Y. Daniel
                                     Wiley Y. Daniel
                                     Senior U.S. District Judge